UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
_____

UNITED STATE OF AMERICA,

        Plaintiff,                      Case No. 25-CR-20165

vs.                                   HON: NANCY EDMUNDS

MATTHEW WEISS,

        Defendant.
_____

## **APPEARANCE**

Please enter the appearance of Douglas R. Mullkoff as counsel for the Defendant Matthew Weiss in the above cause of action.

Dated: 3/23/2025

/s/ Douglas R. Mullkoff
Douglas R. Mullkoff
Attorney for Defendant
402 West Liberty
Ann Arbor, Michigan 48103
(734) 761-8585
doug@kmhlaw.com
(P33252)

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN    )
                                ) ss:
COUNTY OF WASHTENAW)

I hereby certify that on the 23rd day of March, 2025, I electronically

filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Timothy Wyse at the U.S. Attorneys Office.

        /S/ Douglas R. Mullkoff
        Attorney for Defendant
        402 West Liberty
        Ann Arbor, Michigan 48103
        (734)761-8585
        doug@kmhlaw.com
        (P33252)