UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                 Case No. 2:25−cr−20165−NGE−APP
                                        Hon. Nancy G. Edmunds

Matthew Weiss,

           Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Matthew Weiss

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: April 15, 2025 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Marlena A Williams
                                                             Case Manager

Dated: March 28, 2025