UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**UNITED STATE OF AMERICA,**

        Plaintiff,                          Case No. 2:25-CR-20165

vs.                                         HON. NANCY G. EDMUNDS

**MATTHEW WEISS,**

        Defendant.

---

## MOTION TO SUBSTITUTE COUNSEL

Defendant Matthew Weiss, by and through undersigned counsel, pursuant to Local Rule 7.1, moves to substitute current counsel Douglas Mullkoff with David Benowitz.

## BRIEF IN SUPPORT

Mr. Weiss has recently retained counsel to represent him in the above-captioned matter.  Mr. Mullkoff acknowledges and consents to the substitution.

| | |
|---|---|
| /s/ Douglas Mullkoff | /s/ David Benowitz |
| Kessler & Mullkoff | David Benowitz |
| 402 W. Liberty Street | Price Benowitz LLP |
| Ann Arbor, MI 48103 | 409 7th Street, NW |
| (734) 761-8585 | Suite 300 |
| doug@kmhlaw.com | (202) 271-5249 |
| | David@PriceBenowitz.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Timothy Wyse at the United States Attorney's Office.

/s/ David Benowitz
David Benowitz
Price Benowitz LLP
409 7th Street, NW
Suite 300
Washington, DC 20004
(202) 271-5249
David@PriceBenowitz.com

*Counsel for Matthew Weiss*