THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
| )                             | Case No. 2:25-CR-20165 |
| vs.                          ) | |
| MATTHEW WEISS                ) | |
|     Defendant.                 ) | |

### STIPULATION TO EXTEND PRETRIAL MOTIONS DEADLINES

**IT IS STIPULATED** that the parties, by and through their respective counsel, stipulate and agree to: 1) the extension of the deadline for the government to respond to the defense's Motion to Suppress Evidence Seized From iCloud Account in Flagrant Disregard of the Warrant's Temporal Scope (ECF No. 29) and Omnibus Motion to Dismiss Multiple Counts of the Indictment for Duplicity, Multiplicity, and Lack of Venue (ECF No. 30) from January 30 to February 18, 2026; and 2) the extension of the deadline for the defense's Reply to the government's Opposition to Defendant's Motion to Suppress (ECF No. 25) from January 30 to February 18, 2026.

The parties agree and stipulate to an extension of the current motions deadline for the following reasons: (1) the multiple, complex motions filed by the defense; 2) additional discovery requested by Defendant that defense counsel believes is necessary to file the Reply brief. While the Government does not concede that the requested discovery is required, the parties have conferred and reached a compromise by which the Government will produce additional information requested by the Defendant. The Government expects to be able to collect and produce this material by February 6, 20216. February 18th is requested in order to provide

1

enough time for the Government to collect and produce the material and for defense counsel to review it and potentially incorporate the information into the Reply. The date also accounts for recovery time for surgery that lead defense counsel has scheduled for February 9, 2026.  The proposed deadline is nearly five weeks out from the motions hearing scheduled on March 24, 2026, and the parties agree that neither of them would be prejudiced by the delay.

| | |
|---|---|
| /s/ David Benowitz | /s/ Timothy J. Wyse (w/consent) |
| David Benowitz | Timothy J. Wyse |
| Paulette M. Pagan | Assistant United States Attorney |
| Price Benowitz, LLP | United States Attorney's Office |
| 409 7th Street, NW | 211 W. Fort Street, Suite 2001 |
| Suite 300 | Detroit, Michigan 48226 |
| Washington, DC 20004 | P: (313) 226-9144 |
| P: (202) 271-5249 | Timothy.Wyse@usdoj.gov |
| david@pricebenowitz.com | |
| paulette@pricebenowitz.com | |

/s/ James Gerometta
James R. Gerometta
Law Office of James Gerometta
27 E. Flint St
Suite 2
Lake Orion, MI 48362
313-530-9505
james@geromettalaw.com

*Counsel for Matthew Weiss*

Dated: January 29, 2026